```
1  FREAR STEPHEN SCHMID, CSB NO. 96089
2  ATTORNEY AT LAW
   177 POST STREET, SUITE 890
3  SAN FRANCISCO, CA  94108
4  TEL: 415-788-5957   FAX:  415-788-5958
   Attorney for Plaintiffs
5  ROSEMARY JENSEN AND RANDY JENSEN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
|  | No. C |
| Plaintiff(s), | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. |  |
| Defendant(s). _____/ |  |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____     /s/ Frear Stephen Schmid
                                    Signature

                                    Counsel for _____
                                    (Plaintiff, Defendant or indicate "pro se")