1  FREAR STEPHEN SCHMID, CSB NO. 96089
   ATTORNEY AT LAW
2  177 POST STREET, SUITE 890
   SAN FRANCISCO, CA 94108
3  TELEPHONE: (415) 788-5957
   FACSIMILE: (415) 788-5958
4
   Attorneys for Plaintiffs
5  ROSEMARY JENSEN AND RANDY JENSEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROSEMARY JENSEN AND RANDY JENSEN,    No. CV-08-3440 JCS

    Plaintiffs,

v.

COUNTY OF SONOMA,

    Defendant.
_____/

**CERTIFICATE OF SERVICE OF SUMMONS, COMPLAINT, ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, AND WELCOME TO THE U.S. DISTRICT COURT, <u>SAN FRANCISCO ON DEFENDANT COUNTY OF SONOMA</u>**

CERTIFICATE OF SERVICE OF SUMMONS, COMPLAINT, ETC.

1

I, Frear Stephen Schmid, declare that:

I am over the age of 18 and not a party to the above-captioned action; my business address is 177 Post Street, Suite 890, San Francisco, California, 94108.

On August 26, 2008, I served the following document(s):

1. Summons;
2. Complaint;
3. ECF Registration Information Handout;
4. Notice of Assignment of Case to a United States Magistrate Judge for Trial;
5. Order Setting Initial Case Management Conference and ADR Deadlines; and
6. Welcome to the U.S. District Court, San Francisco.

on defendant COUNTY OF SONOMA in said action, by personally delivering a copy of each of the above documents upon an agent authorized to receive it whose name and address is as follows:

> Ms. Susie Brown
> Receptionist
> Sonoma County Administrative Office
> Sonoma County Administrative Building
> 575 Administration Drive, Room 100A
> Santa Rosa, CA

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on August 27, 2008, at San Francisco, California.

/s/ Frear Stephen Schmid
Frear Stephen Schmid

CERTIFICATE OF SERVICE OF SUMMONS, COMPLAINT, ETC.

2