| | |
|---|---|
| 1 | FREAR STEPHEN SCHMID, CSB NO. 96089<br>ATTORNEY AT LAW |
| 2 | 177 POST STREET, SUITE 890<br>SAN FRANCISCO, CA 94108 |
| 3 | TELEPHONE: (415) 788-5957<br>FACSIMILE: (415) 788-5958 |
| 4 | |
| 5 | Attorneys for Plaintiffs<br>ROSEMARY JENSEN AND RANDY JENSEN |
| 6 | Bonnie A. Freeman, Esq. (CSB 180502)<br>SENNEFF FREEMAN & BLUESTONE, LLP |
| 7 | 50 Old Courthouse Square, Ste. 401<br>P.O. Box 3729 |
| 8 | Santa Rosa, CA 95402<br>Telephone: (707) 526-4250 |
| 9 | Facsimile: (707) 526-0347 |
| 10 | Attorneys for Defendant County of Sonoma |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROSEMARY JENSEN AND RANDY JENSEN,<br><br>        Plaintiffs,<br><br>v.<br><br>COUNTY OF SONOMA,<br><br>        Defendant.<br>_____ / | | No. CV-08-3440 JCS<br><br>**JOINT UPDATED STATUS STATEMENT/REPORT AND [~~PROPOSED~~] ORDER VACATING THE CASE MANAGEMENT CONFERENCE**<br><br>Date: February 6, 2009<br>Time: 9:30 AM<br>Courtroom: A<br>Honorable Joseph C. Spero |

The parties to this matter jointly submit the following statement and update as to the status of this case. The ENE was held on January 28, 2009 with all parties participating. As to all of the matters set forth in the previous Joint Case Management Conference Statement, they remain unchanged, and the parties are proceeding per the schedule the Court previously set.

1  Accordingly, the parties, through their counsel, respectfully request that the
2  follow-up case management conference set for February 6, 2009 be vacated.

3  DATED: January 30, 2009          Respectfully submitted,

         /s/ Frear Stephen Schmid
         Frear Stephen Schmid, Attorneys for
         Plaintiffs ROSEMARY JENSEN AND
         RANDY JENSEN

7  DATED: January 30, 2009          SENNEFF FREEMAN & BLUESTONE, LLP

         /s/ Bonnie A. Freeman
         Bonnie A. Freeman, Attorneys for
         Defendant COUNTY OF SONOMA

**ORDER**

**IT IS SO ORDERED.**

DATED: __February 2,_____, 2009

**DENIED**
*Judge Joseph C. Spero*

_____
Joseph C. Spero
United States Magistrate Judge