Bonnie A. Freeman, Esq. (SB 180502)
SENNEFF FREEMAN & BLUESTONE, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3729
Santa Rosa, CA 95402-3729
Telephone: 707-526-4250
Facsimile: 707-526-0347

Attorneys for Defendant County of Sonoma

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY JENSEN AND RANDY JENSEN,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SONOMA,<br><br>Defendant. | No. CV 08 3440 JCS<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR COMPLETION OF DEPOSITION DISCOVERY** |

Defendant County of Sonoma and Plaintiffs Rosemary Jensen and Randy Jensen have agreed to stipulate to an order extending the time for completion of deposition discovery, without production of documents at deposition, from March 1, 2009 to March 30, 2009.

The purpose of this stipulation is to allow time for the parties to participate in settlement discussions before Magistrate Judge Bernard Zimmerman before completing depositions.

DATED: February 13, 2009        SENNEFF FREEMAN & BLUESTONE, LLP

By: _/s/ Bonnie A. Freeman_------------------------
Bonnie A. Freeman
Attorneys for Defendant County of Sonoma

DATED: February 13, 2009        _/s/ Frear Stephen Schmid_------------------------
Frear Stephen Schmid, Attorney for Plaintiffs

## ORDER

Good cause appearing, and pursuant to the stipulation to extend the time for all parties to complete depositions, without production of documents, from March 1, 2009 to March 30, 2009, IT IS HEREBY ORDERED that all deposition discovery, without production of documents at deposition, shall be completed by March 30, 2009.

DATED: February 23, 2009



JOSEPH C.
United States

NO. CV 08-3440 JCS: STIPULATION AND ORDER RE DEPOSITION DISCOVERY      2

SENNEFF
FREEMAN
BLUESTONE