UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY JENSEN and RANDY JENSEN,<br><br>        Plaintiff(s),<br><br>v.<br><br>COUNTY OF SONOMA,<br><br>        Defendant(s). | No. C08-3440 JCS (BZ)<br><br>**ORDER CONTINUING SETTLEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that a further settlement conference is scheduled for **Thursday, June 25, 2009 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Seven days before, each party shall lodge a supplemental statement addressing the status of plaintiffs' efforts to erect a storage facility for their automobiles and specifying the issues for which the parties need court assistance to resolve.

Dated: March 5, 2009

_____
Bernard Zimmerman
United States Magistrate Judge