UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY JENSEN and RANDY JENSEN,<br><br>Plaintiff(s),<br><br>v.<br><br>COUNTY OF SONOMA,<br><br>Defendant(s). | No. C08-3440 JCS (BZ)<br><br>**ORDER SCHEDULING FURTHER SETTLEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that a further settlement conference is scheduled for **August 14, 2009 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: June 25, 2009

*Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-refs\refs.09\jensen further sc.wpd     1