1   Bonnie A. Freeman, Esq. (SB 180502)
    SENNEFF FREEMAN & BLUESTONE, LLP
2   50 Old Courthouse Square, Suite 401
    P.O. Box 3729
3   Santa Rosa, CA  95402-3729
    Telephone:     707-526-4250
4   Facsimile:     707-526-0347

5   Attorneys for Defendant County of Sonoma

6

7

8                    UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  ROSEMARY JENSEN AND RANDY          No. CV 08 3440 JCS (BZ)
    JENSEN,
11
                 Plaintiffs,          **STIPULATION AND ORDER STAYING**
12                                     **COURT PROCEEDINGS AND**
         v.                            **CONTINUING CASE MANAGEMENT**
13                                     **CONFERENCE OF 7/31/09;** ~~**PROPOSED**~~
    COUNTY OF SONOMA,                  **ORDER THEREON**
14
                 Defendant.
15  _____/

16

17         Defendant County of Sonoma and Plaintiffs Rosemary Jensen and Randy Jensen, having

18  participated in the Mandatory Settlement Conference before Hon. Bernard Zimmerman, make the

19  following stipulations and request an Order from the Court as follows:

20         1.    The parties participated in good faith in the settlement conference on March 5, 2009, and

21  met again for further settlement conference on June 18, 2009.  As a result, the parties have agreed to

22  jointly seek a request that the Court continue to stay the court proceedings in light of the parties'

23  agreement to further continue the Mandatory Settlement Conference with Magistrate Zimmerman to

24  **August 14, 2009 at 9:00 a.m.,** a date confirmed by Magistrate Zimmerman by order filed June 19, 2009;

25         2.    The parties agree to stay all pending discovery (not to re-open discovery), including

26  expert discovery;

27         3.    The parties jointly request that the currently scheduled Case Management Conference of

28  July 31, 2009, at 1:30 p.m. be continued to a date within 30 days after the continued settlement

SENNEFF
FREEMAN
BLUESTONE    NO. CV 08-3440 JCS:     STIPULATION AND ORDER STAYING COURT PROCEEDINGS/ORDER THEREON          1

1  conference, the purpose of which would be to update the court with the parties' efforts at resolution

2  and/or, alternatively, to obtain an updated pre-trial order from the Court. The parties would submit a Joint

3  Case Management Conference statement 7 days' prior to the Case Management Conference.

4

5  DATED:      July 2, 2009        SENNEFF FREEMAN & BLUESTONE, LLP

6                                 By: _/s/ Bonnie A. Freeman--------------------------------
                                       Bonnie A. Freeman
7                                      Attorneys for Defendant County of Sonoma

8
   DATED:      July 2, 2009         _/s/ Frear Stephen Schmid--------------------------
9                                      Frear Stephen Schmid, Attorney for Plaintiffs

10

11                                 **ORDER**

12      Good cause appearing, and pursuant to the stipulation above,

13      IT IS HEREBY ORDERED that the court proceedings and all discovery are stayed, pending

14  the continued Mandatory Settlement Conference scheduled for August 14, 2009.  The currently

15  scheduled Case Management Conference of July 31, 2009 is VACATED.  In the event that a

16  dismissal of the case is not filed following the continued settlement conference, the case will be set

17  for further Case Management Conference/Trial Setting Conference on

18  _____ September 18 _____, 2009.  The parties shall submit a joint Case Management

19  Statement 7 days prior to the conference.

20

21  DATED:      7/9/09                 _____

22                                 JOSEPH
                                   United S...
                                   Judge Joseph C. Spero

23

24

25

26

27

28

NO. CV 08-3440 JCS:     STIPULATION AND ORDER STAYING COURT PROCEEDINGS/ORDER THEREON          2