1  FREAR STEPHEN SCHMID, CSB NO. 96089
   ATTORNEY AT LAW
2  177 POST STREET, SUITE 890
   SAN FRANCISCO, CA 94108
3  TELEPHONE: (415) 788-5957
   FACSIMILE: (415) 788-5958
4
   Attorneys for Plaintiffs
5  ROSEMARY JENSEN AND RANDY JENSEN

6

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 ROSEMARY JENSEN AND RANDY              No.  CV-08-3440 JCS
   JENSEN,
12                                        **STIPULATION TO CONTINUE**
              Plaintiffs,                 **SETTLEMENT CONFERENCE**
13                                        **OF AUGUST 14, 2009 AND**
   v.                                     **[PROPOSED]  ORDER**
14
   COUNTY OF SONOMA,
15
              Defendant.
16 _____/

17

18      The parties through their respective counsel of record stipulate to a continuance

19 of the current August 14, 2009 settlement conference date to October 27, 2009.

20 DATED: August 4, 2009              Respectfully submitted,

21
                                     /s/ Frear Stephen Schmid
22                                   Frear Stephen Schmid, Attorneys for
                                     Plaintiffs ROSEMARY JENSEN AND
23                                   RANDY JENSEN

24 DATED: August 4, 2009              SENNEFF FREEMAN & BLUESTONE, LLP

25
                                     /s/ Bonnie Freeman
26                                   Bonnie A. Freeman, Attorneys for
                                     Defendant COUNTY OF SONOMA

27

28

                                        1
   STIPULATION TO CONTINUE SETTLEMENT CONFERENCE OF AUGUST 14, 2009 AND ORDER

1

## ORDER

2      **IT IS ORDERED** that the settlement conference date is continued to

3  October 27, 2009, at 9:00 AM, and an updated settlement conference statement must

4  be file 7 days before said date.

5  DATED: August __5__, 2009

6

7  Bernard Zimmerman
   Magistrate Judge of the United States
8  District Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE OF AUGUST 14, 2009 AND ORDER