**SENNEFF FREEMAN & BLUESTONE, LLP**

MICHAEL D. SENNEFF
BONNIE A. FREEMAN
MARSHALL E. BLUESTONE
KATHLEEN MULLINS HENDERSON

50 OLD COURTHOUSE SQUARE • SUITE 401 • P.O. BOX 3729 • SANTA ROSA CA 95402 • (707) 526-4250 • FAX (707) 526-0347 • www.sennefflaw.com

November 5, 2009

Via E-File          **REQUEST FOR TELEPHONIC APPEARANCE**

Magistrate Judge Joseph C. Spero
U.S. District Court, Northern District
450 Golden Gate Ave., 15th Floor, Ctrm. #A
San Francisco, CA 94102

Re:   *Rosemary and Randy Jensen v. County of Sonoma*
      *USDC - Northern District - Case No. CV 08 3440 JCS*
      *Case Management Conference:  November 6, 2009 at 1:30 p.m.*
                                    *Courtroom G*

Dear Judge Spero:

The purpose of this letter is to request a telephonic appearance at the Case Management Conference in the above-referenced matter scheduled for **Friday, November 6, 2009 at 1:30 p.m.** It is my understanding that the court will make arrangements to contact me on my direct line at (707) 535- 2102 at approximately 1:30 p.m. on November 6, 2009 for my telephonic appearance.

Thank you for your consideration.

                                    Respectfully Submitted,

                                    Bonnie A. Freeman,
                                    Attorney for Defendant
                                    County of Sonoma

BAF/nlp

Dated: Nov. 5, 2009

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA