United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROSEMARY JENSEN AND RANDY JENSEN.,

      Plaintiffs,

  v.

COUNTY OF SONOMA,

      Defendant.
_____/

No. C-08-3440 JCS

**ORDER FOR JOINT STATEMENT OF UNDISPUTED FACTS**

Defendant has filed a motion for summary judgment, which is set for hearing on April 9, 2010. The Court's Standing Order on Motions for Summary Judgment provides as follows:

> The parties shall file a joint statement of undisputed facts. If the parties are unable to reach complete agreement after meeting and conferring, they shall file a joint statement of the undisputed facts about which they do agree. Separate statements of undisputed facts shall not be filed and will not be considered by the Court.

Civil Standing Orders for Magistrate Judge Joseph C. Spero, Revised 11/03/08, ¶ 17. A document entitled "Joint Statement of Undisputed Facts" signed only by counsel for Defendant has been filed, which includes Plaintiffs' objections in footnotes. This document does not comply with the Court's Standing Order. Accordingly, the parties shall file a joint statement of undisputed facts in compliance with the Court's Standing Order by **Friday, April 2, 2010 at 12:00 p.m.** Any party who objects to a proposed fact without a reasonable basis for doing so may be subject to sanctions.

IT IS SO ORDERED.

Dated: March 31, 2010

                                                      JOSEPH C. SPERO
                                                      United States Magistrate Judge