Bonnie A. Freeman, Esq. (SB 180502)
SENNEFF FREEMAN & BLUESTONE, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3729
Santa Rosa, CA 95402-3729
Telephone: 707-526-4250
Facsimile: 707-526-0347

Attorneys for Defendant County of Sonoma

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY JENSEN AND RANDY JENSEN,<br><br>     Plaintiffs,<br><br>v.<br><br>COUNTY OF SONOMA,<br><br>     Defendant.<br>_____/ | No. CV 08 3440 JCS<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR EXPERT DISCLOSURES** |

  Defendant County of Sonoma and Plaintiffs Rosemary Jensen and Randy Jensen have agreed to stipulate to an order extending the time for exchange of expert disclosures, from April 15, 2010 to May 3, 2010.

  The purpose of this stipulation is to allow time for the issuance of an order on the pending motion for summary judgment, which was heard by the Court on April 9, 2010, prior to the parties' expending time and costs on preparation of expert reports. This stipulation will not impact the pretrial conference date or the trial date, as previously determined by the Court's Minute Order of November 6, 2009 [Docket No. 54].

DATED: April 13, 2010    SENNEFF FREEMAN & BLUESTONE, LLP

                 By: _/s/ Bonnie A. Freeman_----------------------------------
                    Bonnie A. Freeman
                    Attorneys for Defendant County of Sonoma

DATED: April 13, 2010     /s/ Frear Stephen Schmid--------------------------
                                                  Frear Stephen Schmid, Attorney for Plaintiffs

### **ORDER**

Good cause appearing, and pursuant to the stipulation to extend the time for the parties to exchange expert disclosures from April 15, 2010, to May 3, 2010, IT IS HEREBY ORDERED that expert disclosures shall be exchanged no later than May 3, 2010.

DATED: 04/13/2010                           _____
                                            JOSEPH C. SPERO
                                            United States Magistrate Judge